Case No. 23-12469

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

CITY OF ATLANTA,
Appellant- Defendant,

v.

LISA BAKER, ET AL.,
Appellees-Plaintiffs.

---

Appeal from the United States District Court
for the Northern District of Georgia

## APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Robert L. Ashe III
Jane D. Vincent
Matthew R. Sellers
BONDURANT MIXSON & ELMORE LLP
1201 W Peachtree St NW Ste 3900
Atlanta, GA 30309

*Attorneys for the City of Atlanta*

Case No. 23-12469
City of Atlanta v. Baker

## <u>CERTIFICATE OF INTERESTED PERSONS<br>AND CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, 26.1-2, and 26.1-3, the following trial judges, attorneys, persons, associations of persons, firms, partnerships, and corporations are known or believed to have an actual or potential interest in the outcome of this case or appeal:

- Ashe III, Robert L. (Counsel for Appellant)

- Baker, Lisa (Appellee-Plaintiff)

- Bondurant, Mixson & Elmore, LLP (Law Firm Counsel for Appellant)

- City of Atlanta (Appellant-Defendant)

- Cohen, Mark H. (United States District Judge – Northern District of Georgia)

- Defend Atlanta Forest (Interested Association of Persons)

- Dougherty, Jacqueline (Appellee-Plaintiff)

- Filipovits, Jeff (Counsel for Appellees)

- Law Offices of Gerry Weber, LLC (Trial Counsel Law Firm for Appellees)

- Jones, Keyanna (Appellee-Plaintiff)

- Patel, Alkesh B. (Counsel for Former Defendant and Trial Court Amicus State of Georgia)

- Sellers, Matthew R. (Counsel for Appellant)

C-2 of 5

Case No. 23-12469
City of Atlanta v. Baker

- Smith, Wingo (Counsel for Appellees)

- Spears, Brian (Counsel for Appellees)

- Spears & Filipovits, LLC (Law Firm Counsel for Appellees)

- State of Georgia (Former Defendant and Amicus)

- Stop Cop City Coalition (Interested Association of Persons)

- Vincent, Jane D. (Counsel for Appellant)

- Weber, Gerald (Trial Counsel for Appellees)

- Weltner, Amelia (Appellee-Plaintiff)

- Winkles, Logan. B. (Counsel for Former Defendant and Trial Court Amicus State of Georgia)

The City of Atlanta is a municipality created by the State of Georgia and thus has no parent corporations or publicly traded corporations to disclose.

Respectfully submitted this 17th day of August, 2023.

/s/ Robert L. Ashe III
Robert L. Ashe III
Georgia Bar No. 208077
Jane D. Vincent
Georgia Bar No. 380850
Matthew R. Sellers
Georgia Bar No. 691202
BONDURANT, MIXSON &
ELMORE, LLP
1201 W Peachtree St NW
Ste 3900
Atlanta, GA  30309-3417

Case No. 23-12469
City of Atlanta v. Baker

Tel: 404-881-4100
Fax: 404-881-4111
ashe@bmelaw.com
vincent@bmelaw.com
sellers@bmelaw.com

*Attorneys for City of Atlanta*

Case No. 23-12469
City of Atlanta v. Baker

**CERTIFICATE OF SERVICE**

I certify that, on August 17, 2023, I served a copy of **APPELLANT'S**

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE**

**DISCLOSURE STATEMENT** by filing a copy with the Court's CM/ECF

system, which will automatically serve the foregoing by email on counsel of

record.

*/s/ Robert L. Ashe III*
Robert L. Ashe III
Georgia Bar No. 208077