In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12469

_____

LISA BAKER,
JACQUELINE DOUGHERTY,
KEYANNA JONES,
AMELIA WELTNER,

Plaintiffs-Appellees,

*versus*

CITY OF ATLANTA,

Defendant-Appellant,

STATE OF GEORGIA,

Defendant.

2                          Order of the Court                    23-12469

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02999-MHC

_____

ORDER:

Pending before this Court are Defendant-Appellant's motions to stay the district court's July 27, 2023, order enjoining enforcement of the municipality's registration requirement, City of Atlanta, Ga. Code of Ordinances § 66-37(b), and to expedite the appeal. Plaintiffs-Appellees are DIRECTED to file their responses to the motions by close of business on Tuesday, August 29, 2023.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION