Case No. 23-12469

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

CITY OF ATLANTA,

Appellant-Defendant,

v.

LISA BAKER, JACQUELINE DOUGHERTY, KEYANNA JONES, and
AMELIA WELTNER,

Appellees-Plaintiffs.

---

Appeal from the United States District Court
for the Northern District of Georgia

## APPELLEES' RESPONSE TO
## CITY OF ATLANTA'S MOTION TO EXPEDITE

G. Brian Spears
Georgia Bar No. 670112

Jeff Filipovits
Georgia Bar No. 825553

Wingo Smith
Georgia Bar No. 147896

Spears & Filipovits, LLC
315 W. Ponce de Leon Ave., Ste. 865
Decatur, GA 30030
404-905-2225

Gerald Weber
Georgia Bar No. 744878

Law Offices of Gerry Weber, LLC
Post Office Box 5391
Atlanta, Georgia 31107
404-522-0507
wgerryweber@gmail.com

*Baker et al. v. City of Atlanta*
Case No. 23-12469

## <u>CERTIFICATE OF INTERESTED PERSONS</u>

The undersigned certified that the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

1.  Ashe III, Robert L.

2.  Atlanta Police Foundation, Inc.

3.  Baker, Lisa

4.  Bondurant, Mixson & Elmore, LLP

5.  City of Atlanta

6.  Cohen, Mark H.

7.  Defend the Forest

8.  Dougherty, Jacqueline

9.  Filipovits, Jeff

10. Law Offices of Gerry Weber, LLC

11. Jones, Keyanna

*Baker et al. v. City of Atlanta*
Case No. 23-12469

12.    Patel, Alkesh B.

13.    Sellers, Matthew R.

14.    Smith, Wingo

15.    Spears, G. Brian

16.    Spears & Filipovits, LLC

17.    State of Georgia

18.    Stop Cop City Coalition

19.    Vincent, Jane D.

20.    Weber, Gerald

21.    Weltner, Amelia

22.    Winkles, Logan B.


/s/Jeff Filipovits
Jeff Filipovits
Georgia Bar No. 825553

Plaintiffs do not oppose expediting this appeal. However, the City's request for a decision on the merits by September 20, 2023, is unnecessarily short.

The City's urgency is the product of its misrepresentation of the likely election date. *See* Doc. 31 at 5–8 (discussing the potential timeline for the referendum process). Moreover, the City has repeatedly stated that it will not approve the referendum petition. *See* Doc. 15 at 19 (arguing that "the proposed referendum here is invalid and/or a nullity, and it cannot be placed on the ballot"); Doc. 29 at 5 ("The petition Plaintiffs wish to circulate is a nullity because a referendum seeking to repeal a city ordinance is invalid . . . ."); *Id.* at 29 ("If the supporters garner enough signatures . . . the city council . . . will have no choice under *Kemp* but to reject the petition.").

The City has shortened the period in which they can expect a decision by filing its opening brief early. *See* App. Doc. 16 at i. Plaintiffs' response to the City's merits brief is currently due September 27, 2023. Moreover, the City will have all the information necessary to implement any action required by this Court's decision before March 2024. Each petition is dated by the circulator and the Atlanta voter signing it. In addition, the circulators must include their address, which allows the City to easily track or locate those petitions signed during the period of the district court's injunction and circulated by non-City of Atlanta

residents.

Therefore, there is no need for a final decision on the merits by September 20, 2023. Plaintiffs others defer to the Court as to what briefing schedule will be most helpful in deciding this appeal.

Submitted this 29th day of August, 2023.

/s/Brian Spears
Brian Spears
Georgia Bar No. 670112

/s/Jeff Filipovits
Jeff Filipovits
Georgia Bar No. 825553

/s/Wingo Smith
Wingo Smith
Georgia Bar No. 147896

SPEARS & FILIPOVITS, LLC
315 W. Ponce de Leon Ave.
Suite 865
Decatur, GA 30030
404-905-2225
bspears@civil-rights.law
jeff@civil-rights.law
wingo@civil-rights.law

/s/Gerald Weber
Gerald Weber
Georgia Bar No. 744878

Law Offices of Gerry Weber, LLC
Post Office Box 5391
Atlanta, Georgia 31107
(404) 522-0507 (phone)
wgerryweber@gmail.com

## <u>CERTIFICATE OF COMPLIANCE</u>

This document complies with the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) this document contains 289 words. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using LibreOffice 7.4.5.1 in 14 point Times New Roman font.

<u>/s/Jeff Filipovits</u>
Jeff Filipovits
Georgia Bar No. 825553