CORRECTED ORDER

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12469

_____

LISA BAKER,
JACQUELINE DOUGHERTY,
KEYANNA JONES,
AMELIA WELTNER,

Plaintiffs-Appellees,

*versus*

CITY OF ATLANTA,

Defendant-Appellant,

STATE OF GEORGIA,

Defendant.

2                    Order of the Court                    23-12469

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02999-MHC

————————————

ORDER:

Plaintiffs-Appellees filed responses to the motions to stay the injunction order and to expedite the appeal. Defendant-Appellant is DIRECTED to file its replies by close of business on Thursday, August 31, 2023.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION