In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12469

_____

LISA BAKER,
JACQUELINE DOUGHERTY,
KEYANNA JONES,
AMELIA WELTNER,

Plaintiffs-Appellees,

*versus*

CITY OF ATLANTA,

Defendant-Appellant,

STATE OF GEORGIA,

Defendant.

2                     Order of the Court                     23-12469

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02999-MHC

_____

Before JORDAN, GRANT, and LUCK, Circuit Judges.

BY THE COURT:

Defendant-Appellant's motion to stay the district court's July 27, 2023, order is GRANTED. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).