# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12469

_____

LISA BAKER,
JACQUELINE DOUGHERTY,
KEYANNA JONES,
AMELIA WELTNER,

                                                    Plaintiffs-Appellees,

*versus*

CITY OF ATLANTA,

                                                    Defendant-Appellant,

STATE OF GEORGIA,

                                                    Defendant.

2                              Order of the Court                         23-12469

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02999-MHC

_____

Before JORDAN, GRANT, and LUCK, Circuit Judges.

BY THE COURT:

    Defendant-Appellant's motion to expedite the appeal is GRANTED. The Court DIRECTS the Clerk to expedite this appeal for merits disposition purposes, including oral argument if the Court deems oral argument in this case is warranted. The Court takes no position at this time on the appropriateness of oral argument.

    The Court, on its own motion, ORDERS expedited briefing.

    Defendant-Appellant filed its principal brief on Monday, August 21, 2023.

    Plaintiffs'-Appellees' response brief is due on Wednesday, September 13, 2023.

    Defendant-Appellant's reply brief, if any, is due on Wednesday, October 4, 2023.