In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12469

_____

LISA BAKER,
JACQUELINE DOUGHERTY,
KEYANNA JONES,
AMELIA WELTNER,

Plaintiffs-Appellees,

*versus*

CITY OF ATLANTA,

Defendant-Appellant,

STATE OF GEORGIA,

Defendant.

2                               Order of the Court                            23-12469

————————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02999-MHC

————————————————

ORDER:

The parties are hereby directed to submit simultaneous supplemental briefs within 14 days of the entry of this order addressing whether this case has been rendered effectively moot by the completion of the construction of the Atlanta Public Safety Training Facility.  Each supplemental brief should not exceed 20 pages.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION