## DECLARATION OF LISA BAKER

The undersigned declares the following under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is Lisa Baker. I am an adult resident of DeKalb County. I am not a resident of the City of Atlanta.

2. When I first began canvassing for the referendum, the residency restriction was a constant problem that consumed a lot of my time and energy.

3. Before I could go out to collect signatures, I needed to plan and recruit people who were City of Atlanta residents to go with me.

4. If the first person I contacted could not go, I kept reaching out until I found someone who had time and could go with me. This took a lot of time.

5. On several occasions, after I contacted friends and other volunteers, I ended up not going out because I could not find a resident of the City of Atlanta to accompany me.

6. Even when I had a friend to accompany me, I had to stop when they stopped. For example, a friend and I went to East Atlanta to collect signatures at an event. After the event ended, I still wanted to get more signatures, but my friend was tired. Because he went home, I had to stop.

7. It was much easier for volunteers who lived in the City. They did not need to plan or recruit people when they wanted to collect signatures. They could be spontaneous.

8. When I went out canvassing, my Atlanta partner would normally hold the clipboard when we talked to people about the referendum.

9. Because my partner witnessed the signatures and their names were on the petitions, we usually talked with everyone together. We talked with fewer people, but it was harder for them to witness signatures while talking with someone else. It also caused less confusion for the person signing because my name wasn't on the petition sheet.

10. The injunction entered by the district court immediately changed my experience collecting signatures.

11. Within a day after the injunction was entered, I signed up to be a professional canvasser with Field Works.

12. Field Works hired me, trained me, and I worked a few shifts.

13. I was able to canvass door-to-door and at public places while working alone.

14. I carried petitions in my car and gathered signatures wherever and whenever I could.

15. Outside of my work for Field Works, my canvassing experience went from a highly coordinated activity to something I controlled and could adapt to my schedule.

16. I spent less time calling friends and arranging times to collect signatures.

17. Even if construction of the police training center is complete, that does not affect my opposition to the ongoing the use of the property in DeKalb County as a police training center by both the City of Atlanta and Atlanta Police Foundation. I remain opposed to the police training center.

18. I will remain opposed to the ongoing use of the police training center, even if the referendum that is the subject of this lawsuit is unsuccessful.

19. Because I am not a City of Atlanta resident, I cannot initiate a referendum to repeal or amend an Atlanta city ordinance or amend the city's charter.

20. However, I am aware of the referendum petition that Alex Joseph has stated she will submit to the City of Atlanta if the current referendum fails for any reason. I will support that referendum.

21. I will support any subsequent referendum effort that will have the effect of stopping the ongoing use of the police training center or that will repurpose the training center to be used as a local community center by collecting referendum petition signatures in the same way I did when I collected signatures for the referendum in this case.

22. If the district court's injunction is upheld, I intend to utilize the remaining two weeks that are available pursuant to the district court's preliminary injunction to collect signatures in support of the currently pending referendum.

Signed on February 22, 2025.

LISA BAKER