## DECLARATION OF ALEX M. JOSEPH

The undersigned declares the following under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is Alex M. Joseph. I am an adult Atlanta resident in DeKalb County. This declaration is based on my personal knowledge and observations.

2. I volunteered to collect signatures for the Cop City Votes coalition soon after the City of Atlanta approved the referendum in June 2023.

3. When I first started collecting, I would be paired with one non-resident. We shared a clipboard and talked to the same people. I signed the petitions with all of the signatures we collected.

4. As time went on, I began being paired with groups of three or four non-residents. I had to watch them collect signatures and sign for the signatures they collected.

5. The reason I had to watch those non-residents collect signatures is that the petition form required me to swear that "I, a registered elector in the City of Atlanta, Georgia, have collected these signatures for this Petition within the City of Atlanta." I could not sign that attestation without personally observing the signature collection.

6. In order to have non-residents collect signatures, I could not collect signatures myself. Watching them and answering questions meant I could not engage in conversations by myself to collect signatures.

7. Because I needed to oversee the signatures each non-resident collected, we had to travel as a group, and we collected far fewer signatures.

8. While the residency restriction was in place, I also collected signatures on my own on occasion (if unaccompanied by non-resident signature gatherers that I had to verify on behalf of).

9. After the restriction was lifted, I continued to collect signatures on my own and less frequently went out with people who had not canvassed before. But I no longer needed to go out in groups of three or more people or monitor the signatures they collected, and they too could go off on their own and collect signatures.

10. The coalition and volunteers worked hard to get this referendum on the ballot, and if this referendum ultimately is not successful in cancelling the lease contract for Cop City, I will start a new petition to amend the City's charter to limit the City's power to run a training facility outside the City limits.

11. I have attached a draft of the referendum petition I intend to file to my declaration.

Signed on February 21, 2025.

Alex M. Joseph

Page 2 of 2

**PETITION TO AMEND ARTICLE 1, SECTION 1-102(C)(6) OF THE CITY OF ATLANTA CHARTER**

**WHEREAS,** the Atlanta City Council adopted an ordinance, 23-O-1257, authorizing the City to enter into an agreement with the Atlanta Police Foundation to lease back city property for the operation of a police training facility located wholly within DeKalb County;

**WHEREAS,** the registered electors signing this petition desire to compel the City Council to submit to the qualified voters of the City of Atlanta at the next regularly scheduled election an amendment to the City's Charter limiting the City's power to operate a training facility outside its corporate boundaries;

**NOW, THEREFORE,** the undersigned electors hereby petition the City Council to submit the following question concerning the amendment of the City charter to modify the powers granted to the City under Article 1, Section 1-102(c)(6), to wit:

*"Shall the City of Atlanta Charter Article 1, Section 1-102(c)(6) be amended to prohibit the operation of a law enforcement training facility on land owned outside the city's corporate boundaries by adding the following limitation (seen in italics):*

(6) To acquire, dispose of, and hold in trust or otherwise any real, personal, or mixed property, or any interest therein, inside or outside the corporate boundaries of the city and to dispose of said property or any interest therein by sale, lease, or easement; *notwithstanding the foregoing, the city shall not have the aforementioned powers to operate or have operated for its benefit a law enforcement training facility in land outside its corporate boundaries*;

**IN WITNESS WHEREOF,** the undersigned swears that on _____ day of _____ 2025, I have collected these signatures for this Petition within the City of Atlanta:

Signature: _____ Printed Name: _____ Phone:_____

Address: _____

**IN WITNESS WHEREOF,** the undersigned, Atlanta residents and registered voters in the last general municipal election of the City of Atlanta, Georgia, swear that they have signed this Petition within the City of Atlanta:

| Signature | Printed Name | Date | Address | Telephone | Birth Date (optional) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |