**DECLARATION OF JACOB FLOWERS**

The undersigned declares the following under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is Jacob Flowers. I am a City of Atlanta resident who lives in Fulton County.

2. I am the Regional Director of the American Friends Service Committee (AFSC) for the U.S. South.

3. Our organization was one of many organizations that sustained the effort to collect signatures for the referendum.

4. AFSC hosted meetings, provided food and drinks for canvassers, and coordinated our own volunteers to collect signatures.

5. Even if construction of the police training center is complete, our organization's work for a safer, more just Atlanta is not over.

6. AFSC will continue its support for future efforts to reimagine public safety, including future referendums that would end the use of the training facility and allow it to be repurposed by the local community.

7. I am aware of the referendum petition proposed by another declarant, Alex Joseph, and AFSC intends to work with community members who are interested in circulating that petition if this referendum fails.

8. But, if the district court's injunction is upheld, AFSC will continue to support canvassers for the remaining weeks in which they can collect signatures.

Signed on February 22, 2025.

JACOB FLOWERS