## DECLARATION OF SHANNON COFRIN GAGGERO

The undersigned declares the following under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an adult resident of the City of Atlanta and registered voter in the State of Georgia.

2. Referendums are an important, pro-democracy tool for citizens. I got involved with the Cop City Vote referendum because I care deeply about preserving biodiverse forests and our city's tree canopy; I believe our city's budget should allocate more dollars to social services, policing alternatives, affordable housing and less to the grossly bloated police budget; I am alarmed by the over reliance on policing coupled with the increasingly militarized police force; I was concerned by the lack of public input in the process; and finally I am deeply concerned by the oversized influence of Atlanta Police Foundation in our city's political landscape.

3. I volunteered time to work on the referendum campaign sponsored by the Cop City Votes coalition.

4. I have remained a part of the copy city vote coalition and will continue to be a part of this coalition even if and when the training facility is built because there are still opportunities to reclaim and reimagine the land, repurpose the training center, and continue to call for our city leaders to reallocate funding away from policing and towards policies and practices that reduce crime, alleviate poverty and improve the lives of Atlantans.

5. If this referendum is not successful in cancelling the lease contract for Cop City, I will start a new petition to cancel the lease, repurpose the training center, or defund the operation of the training center.

Signed on February 20, 2025.

Shannon Cofrin Gaggero