# DECLARATION OF CLARA GREEN

The undersigned declares the following under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an adult resident of the City of Atlanta and registered voter in the State of Georgia.

2. This work is important to me because I believe in the importance of democracy, and the idea that people should get to have a say in the political and economic policy choices made by elected leadership. I was not involved in this campaign before the referendum but chose to become involved because I believe so strongly that when elected leaders continue to ignore the voices of their voters, it is the right of those voters to contest the decisions being made.

3. I volunteered time to work on the referendum campaign sponsored by the Cop City Votes coalition.

4. I will continue doing this work even after the training center is built because I believe that the residents of Atlanta deserve to have a voice in the decisions made in the city that impact them.

5. If this referendum is not successful in cancelling the lease contract for Cop City, I will start a new petition to cancel the lease, repurpose the training center, or defund the operation of the training center.

Signed on February 23, 2025.

CLARA GREEN